UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------x
UNITED STATES OF AMERICA          :

        v.                          :     NOTICE OF INTENT TO

MISTER A.C. LTD.; AND             :     <u>FILE AN INFORMATION</u>
MICHAEL C. VIGNOLA,
                Defendants   :
------------------------------------x

*JUDGE LYNCH*

      Please take notice that the United States Department of Justice Antitrust Division will file an information upon the defendants' waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         October 22, 2007

                                RALPH T. GIORDANO
                                Chief, New York Field Office
                                Antitrust Division
                                U.S. Department of Justice

                      By:  _____
                                STEPHEN J. McCAHEY
                                Trial Attorney

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/23/07*

                                AGREED AND CONSENTED TO:

                    By:  _____
                                CELIA A. GORDON, ESQ.
                                Attorney for MISTER A.C. LTD., AND
                                MICHAEL C. VIGNOLA

10/23/07    WHEEL A